**No. 09-8275. Daniel Anthony Lucas, Petitioner v. Stephen Upton, Warden.**

559 U.S. 979, 130 S. Ct. 1703, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2049.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-8276. Peter Roy Alfred, Jr., Petitioner v. Fortch-Wade Correctional Center, et al.**

559 U.S. 979, 130 S. Ct. 1703, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2005.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 58.

**No. 09-8277. Ieshia Brown, Petitioner v. Illinois.**

559 U.S. 979, 130 S. Ct. 1703, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2065.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1115, 367 Ill. Dec. 836, 982 N.E.2d 986.

**No. 09-8278. Mervyn Lopez Albada, Petitioner v. Texas.**

559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2177.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 09-8283. Uuno Mattias Baum, Petitioner v. Collie Rushton, Warden.**

559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2043, 

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 572 F.3d 198.

**No. 09-8284. Jesse Alejo, Petitioner v. California.**

559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2045.

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-8291. David Kenneth Christian, Petitioner v. Lynn Dingle, Warden.**

559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2156.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 577 F.3d 907.

**No. 09-8293. Ramon Jay Rogers, Petitioner v. California.**

559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2072.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 46 Cal. 4th 1136, 95 Cal. Rptr. 3d 652, 209 P.3d 977.

**No. 09-8296. Ronald Christopher Bingham, Petitioner v. Texas.**

559 U.S. 979, 130 S. Ct. 1704, 176 L. Ed. 2d 193, 2010 U.S. LEXIS 2079.

March 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.